# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. WATERFIELD,<br><br>    Plaintiff,<br>vs.<br><br>BOFI FEDERAL BANK,<br><br>    Defendant. | CASE NO. 14-cv-1116-CAB (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 28] |

The court **GRANTS** the parties' joint motion to dismiss. [Doc. No. 28.] The named plaintiff's claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 23, 2015

_____
**CATHY ANN BENCIVENGO**
United States District Judge